In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-14037

---

JOSE GUERRERO LOZANO, JR.,

*Plaintiff-Appellant,*

*versus*

COLLIER COUNTY, STATE OF FLORIDA,
Sheriff's Department,
ARMOR HEALTH, LLC,
Medical Contractor to Collier County, FLA,
ZINIA RODRIGUEZ,
Medical Nurse,
COLLIER COUNTY SHERIFF,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:25-cv-00725-SPC-DNF

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 9, 2026

For the Court: DAVID J. SMITH, Clerk of Court