

U.S. COURT OF APPEALS
RECEIVED
CLERK
JUN 26 2026
ATLANTA, GA

**UNITED STATES COURT OF APPEAL**
**FOR THE ELEVENTH CIRCUIT**

Provided to Suwannee
Correctional Institution on
JUN 19 2026
for mailing. by *N JL*

**JOSE GUERRERO LOZANO, JR.,**
         **Plaintiff,**

**V.**

**COLLIER COUNTY, STATE OF FLORIDA,**
**Sheriff'f Department,**
**ARMOR HEALTH, LLC,**
**Medical Contractor to Collier County, Fla.,**
**ZINIA RODRIGUEZ,**
**Medical Nurse,**
**COLLIER COUNTY SHERIFF,**
         **Defendant's.**

_____/

25-14037 -BE

**CASE NO.: ~~25-1403-E~~**

### PLAINTIFF'S MOTION FOR EXTENSION
### OF TIME TO FILE HIS PRO SE REHEARING

     The Plaintiff, Jose Guerrero Lozano Jr., pro se, pursuant to Federal

Rules of Appellate Procedure, respectfully moves this Honorable Court for

an order granting Plaintiff 60 days in which to file his Motion for Rehearing.

In Support thereof, the Plaintiff would show as follows:

1. The Plaintiff desires to file his pro se Motion for Rehearing. This

     Plaintiff 's pro se Motion for Rehearing is almost completed and this

1

Plaintiff solely needs more time in which to accomplish that because an Inmate Law Clerk has been asked to assist this Plaintiff because the alleged attorney "Samuel Weiss" who had been contracted to represent this Plaintiff with litigating this legal civil complaint failed to prepare the Amended Complaint as the Honorable Court had ordered.

2.  This pro se Plaintiff must now pursue this litigation on my own and explain why the Honorable Court should reverse the order of Dismissal.

3. Plaintiff respectfully requests in an abundance of caution for the Honorable Court to grant him an additional 60 days in which to file his pro se Motion for Rehearing because this Plaintiff will only be granted two days per week at this Institution law library and so the extra time is needed to accomplish the task.

4. This Plaintiff is must research and gain access this institutional law library in which the legal materials are stored and the fact that the law library is short staffed "Inmate Law Clerks", things are complicated at the moment at this Institution Law Library.

5. The grounds which this Plaintiff must address is complex to this pro se Plaintiff and does require this Plaintiff to rely on the Inmate Law

Clerks to research the case law and the rules that must be complied with when preparing Plaintiff 's Motion for Rehearing.

6. This is Appellant's first request for an extension of time in which to prepare and submit the Motion for Rehearing.

7. Plaintiff 's Motion for Rehearing is not done for purposes of delaying the legal proceeding and this pro se Plaintiff asserts that the Defendant's will not be prejudiced by the granting of Plaintiff 's Motion for Extension of Time, which will be hopefully be the last and final extension.

8. The Plaintiff has not been able to contact Defendant to determine if there would be an objection to this Plaintiff preparing and submitting a Motion for Rehearing, due to his incarceration.

Respectfully Submitted,

/S/ *Jose Guerrero Lozano Jr* 766161
Jose Guerrero Lozano Jr. #  766161

## UNNOTARIZED OATH

I,  Jose Guerrero Lozano Jr., hereby declare, under penalties of perjury, that I have read the foregoing Plaintiff 's Motion for Extension of Time contained therein and that it is true and correct.

/S/ *Jose Guerrero Lozano Jr* 766161
Jose Guerrero Lozano Jr. #  766161

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

Plaintiff's Motion for Extension of Time has been placed into the hands of

prison officials at Suwannee Correctional Institution Annex for mailing via

First Class prepaid U.S. Mail to:

United States Court of Appeals
For the Eleventh Circuit
Clerk of the Court
56 Frsyth Street N.W.
Atlanta, Georgia  30303

On this _1̶9̶_ day of June, 2026.

/S/ Jose Guerrero Lozano Jr 766161
Jose Guerrero Lozano Jr. #  766161

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that Plaintiff's's Motion for Extension of Time

complies with the font (Arial 14) and word count, ( 630 ), requirements of

Federal Rules of Appellate Procedure.

/S/ Jose Guerrero Lozano Jr 766161
Jose Guerrero Lozano Jr. #  766161
Suwannee Correctional Institution Annex
5964 U.S. Highway 90
Live Oak, Fla 32060

4

USCA11 Case: 25-14037   Document: 21   Date Filed: 06/26/2026   Page: 5 of 5

Jose Guerrero Lozano JR
D.C. # 766161
SUWANNEE   C.I ANNEX
5964 U.S. HWY 90
LIVE OAK, FL 32060

LEGAL MAIL

Mailed From State
Correctional Institution
Suwannee CI

US POSTAGE PITNEY BOWES

ZIP 32060   $ 000.74
02 7W
0008046374 JUN 19 2026

CLEARED SECURITY

JUN 26 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

TO: UNITED STATES COURT OF APPEALS
ELEVENTH CIRUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303