# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 30, 2026

Jose Guerrero Lozano Jr.
Suwannee CI Annex - Inmate Legal Mail
5964 US HWY 90
LIVE OAK, FL 32060

Appeal Number:  25-14037-EE
Case Style:  Jose Lozano, Jr. v. Collier County, Florida, et al
District Court Docket No:  2:25-cv-00725-SPC-DNF

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

Extension for filing a petition for rehearing was GRANTED, which is due to be filed on 08/31/26.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

EXT-1 Extension of time