U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 20 2026
ATLANTA, GA

UNITED STATES COURT OF APPEAL
FOR THE ELEVENTH CIRCUIT

August 14, 2026

Provided to Suwannee Correctional Institution on
AUG 14 2026 JL
for mailing, by

JOSE GUERRERO LOZANO, JR.,
Plaintiff,

V.

CASE NO.: 25-14037-E

COLLIER COUNTY, STATE OF FLORIDA,
Sheriff's Department,
ARMOR HEALTH, LLC,
Medical contractor to Collier County, Fla.,
ZINIA RODRIGUEZ,
Medical Nurse,
COLLIER COUNTY SHERIFF,
Defendant's.

Plaintiff Motion To Direct, Florida Department of corrections To Comply with Plaintiff's order for Extension of Time" By This Honorable court Plaintiff will show as following

Plaintiff. JOSE GUERRERO LOZANO, JR., Pro se pursuant To Federal Rules of Appellate Procedure, Plaintiff Respectfully move This Honorable Court To order (D.O.C.) STAFF member To comply with This court Order on Document 22-2, Granting Plaintiff's motion for Extension of Time for 60 days.

(1.) Plaintiff filed a Motion For Extension of Time To file his Pro se Rehearing on Jun 19, 2026 on case No:. 25-14037-E

(2) on Jun 30, 2026 This Honorable court Granted "Motion for Extension of Time," for 60 days intil August 31, 2026.

(3) one of The Reason Plaintiff ask for The Extension of Time is due To Not being able To get into The Law Library but only Two days out of one week on page (2) Subsced (3) of Plaintiff Motion for Extension of Time To file for Rehearing Dated Jun 19, 2026.

(4) Plaintiff has went to The Law Library Spoken To The Law Library staff member "Ms. Michell" Showed her The court order granting The Extension of Time for Rehearing she has Refuseal To Accept This court order Saying it's not a court order.

(5) Plaintiff can not get into Law Library to be able To file Plaintiff's Motion for Rehearing Due To The Staff member That works for Florida Department of Correetions, Refusing To Accept This court order.

(6) Plaintiff is seeking This Honorable Court To Send Florida Department of Correetions, To Suwannee correction Institutional Annex To warden MR. Cox a copy of This court order granting 60 days To file Plaintiff Motion for Extension of Time for Rehearing.

(7) Plaintiff has no other Avenue To Make Florida Corrections Staff member To Comply with This court order by issuering a copy To The warden MR. Cox will ensure Plaintiff Time in The Law Library.

## UNNOTARIZED OATH

(I) JOSE GUERRERO LOZANO, JR., Hereby declare, under Penalties of perjury, That I have Read The foregoing Plaintiff's Motion for Contained Therein and That it is True and correct.

/s/Jose Guerrero Lozano Jr #766161
JOSE GUERRERO LOZANO, JR.,
Suwannee corr. Inst. Annex

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That a True and correct copy of The foregoing Plaintiff's Motion To Direct Florida Department of Corrections To Comply with Plaintiff's order for Extension of Time has been placed into The hands of prison official's at Suwannee Correctional Institution Annex for Mailing via First class prepaid U.S. Mail To: United states court of Appeals For The Eleventh Circuit Clerk of The court 56 FORSYTH Street N.W. Atlanta, Georgia 30303 on This 14 day of August 2026.

Respectfully
/s/Jose Guerrero Lozano Jr #766161
JOSE GUERRERO LOZANO, JR.,
Suwannee Correctional Institution Annex
5964 U.S. Highway 90
Live Oak, Fla 32060

Jose Guerrero Lozano, Jr.
D.C. 766161
Suwannee C.I. Annex
5964 U.S. Hwy 90
Live Oak, FL 32060

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals
AUG 20 2026
CLEARED SECURITY

JACKSONVILLE RPDC 320
18 AUG 2026PM 5 L

Mailed From State
Correctional Institution
Suwannee CI

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 32060 $ 000.78⁰
02 7W
0008046374 AUG 14 2026

To: UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA, 30303

LEGAL MAIL

30303-229599