**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 01, 2026

Jose Guerrero Lozano Jr.
Suwannee CI Annex - Inmate Legal Mail
5964 US HWY 90
LIVE OAK, FL 32060

Appeal Number: 25-14037-EE
Case Style: Jose Lozano, Jr. v. Collier County, Florida, et al
District Court Docket No: 2:25-cv-00725-SPC-DNF

**NO ACTION / DEFICIENCY NOTICE**

Notice that no action will be taken on “Motion to Direct Florida Department of Corrections to comply with plaintiff's order for extension of time” filed by Party Jose Guerrero Lozano, Jr. Reason(s) no action being taken on filing(s): The Clerk’s office erroneously submitted Appellant’s 6/26/2026 motion for extension to file a petition for rehearing to the Court for a ruling. The Court granted the motion to 8/31/2026. Pursuant to 11th Cir. R. 25-1, no action is taken on Appellant’s 8/20/2026, motion for extension to file a petition for rehearing.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

**CORRECTIVE ACTION**

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |


Notice No Action Taken