Provided to Suwannee Correctional Institution on
AUG 24 2026
for mailing, by JL

**UNITED STATES COURT OF APPEAL**
**FOR THE ELEVENTH CIRCUIT**

**JOSE GUERRERO LOZANO, JR.,**
**Plaintiff,**

**V.** **CASE NO.: 25-14037-E**

**ARMOR HEALTH, LLC,**
**Medical Contractor to Collier County, Fla.,**
**ZINIA RODRIGUEZ,**
**Medical Nurse,**
**COLLIER COUNTY SHERIFF,**
**Defendant's.**
______________________________/

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 28 2026
ATLANTA, GA

**PLAINTIFF'S MOTION FOR PRO SE RECONSIDERATION**

**COMES NOW**, the Plaintiff, Jose Guerrero Lozano Jr., pro se, pursuant to Federal Rules of Appellate Procedure, respectfully submits this Motion for Reconsideration.

In Support thereof, the Plaintiff would show as follows:

## PETITIONER'S ARGUMENT

The Plaintiff was left with no other choice but to prepare and submit this Motion for Reconsideration because the question of why an attorney named "Samuel Weiss" who was contracted to be the counsel that officially represented this Petitioner in litigating the 1983 complaint in the Honorable United States Court of Appeals for the Eleventh Circuit failed to perform his duty. Why Plaintiff's Counsel failed to prepare the Amended Complaint is a great mystery to this Plaintiff because that was the reason that this Plaintiff had contracted Mr. Weiss. (See Exhibit "A", Signed Contract)

The Honorable Court docket record reflects how Mr. Weiss did submit a Notice of Appeal on this Plaintiff's case and did pay the Filing Fee on 3/16/2026 and did take over as counsel of record.

This Plaintiff does not know why Plaintiff's Counsel did not comply with the Honorable Court's order, which granted this Plaintiff an opportunity in which to correct errors that Plaintiff's complaint possessed. Had this Plaintiff been notified by the counsel of record, that Mr. Samuel Weiss was not going to represent this Plaintiff in litigating the complaint, this pro se Plaintiff would have proceeded in pro se fashion and prepared the Amended Complaint within the time frame which the Honorable Court had ordered but because this Plaintiff had been under the assumption that Mr.

Weiss was representing this Plaintiff with this civil suit, this Plaintiff did not pursue the complaint in pro se fashion.

This Plaintiff is requesting the Honorable Court to enter an order reversing their order of dismissal and to grant this pro se Plaintiff an opportunity to proceed in pro se fashion in this 1983 Civil litigation because this Plaintiff does feel that the complaint does raise a good faith violation, that rises to an Eighth Amendment violation.

The filing of this Motion for Reconsideration is the only avenue this Plaintiff has to correct the injustice, which Plaintiff's counsel of record allowed to occur, when counsel failed to represent this Plaintiff.

As an order of Dismissal is to harsh of a Sanction/actions to impose by the Honorable United States Court of Appeal for the Eleventh Circuit and should not be allowed to stand, as fundamental principle and due process argues against such actions and the Attorney for the Defendant's should agree to recommend that the Honorable Court enter an order reopening Appellant's Civil Complaint, as doing so would be in the best interest of justice. This Plaintiff and so prays that the Honorable Court would take into consideration the facts being raised on this Motion and to enter an order reversing the order of dismissal, allowing this Plaintiff to prepare and submit the Amended Complaint.

This Plaintiff asserts that the Defendant's will not be prejudiced by the granting this pro se Plaintiff's and/or the relief being sought.

Respectfully Submitted,

/S/ Jose Guerrero Lozano Jr.
Jose Guerrero Lozano Jr. # 766161

## UNNOTARIZED OATH

I, Jose Guerrero Lozano Jr., hereby declare, under penalties of perjury, that I have read the foregoing Plaintiff 's Motion for Reconsideration contained therein and that it is true and correct.

/S/ Jose Guerrero Lozano Jr.
Jose Guerrero Lozano Jr. # 766161

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiff 's Motion for Reconsideration has been placed into the hands of prison officials at Suwannee Correctional Institution Annex for mailing via First Class prepaid U.S. Mail to:

United States Court of Appeals
For the Eleventh Circuit
Clerk of the Court
56 Forsyth Street N.W.
Atlanta, Georgia 30303

On this 24 day of August, 2026.

/S/ Jose Guerrero Lozano Jr.
Jose Guerrero Lozano Jr. # 766161

**CERTIFICATE OF COMPLIANCE**

**I HEREBY CERTIFY** that Plaintiff 's Motion for Reconsideration complies with the font (Arial 14) and word count, ( 727 ), requirements of Federal Rules of Appellate Procedure.

/S/ Jose Guerrero Lozano Jr.
Jose Guerrero Lozano Jr. # 766161
Suwannee Correctional Institution Annex
5964 U.S. Highway 90
Live Oak, Fla 32060

Provided to Suwannee
Correctional Institution on
JAN 16 2026
for mailing PV

**LIMITED SCOPE REPRESENTATION AGREEMENT**

TO THE CLIENT: THIS IS A LEGALLY BINDING CONTRACT. PLEASE READ IT CAREFULLY AND MAKE CERTAIN THAT YOU UNDERSTAND ALL OF THE TERMS AND CONDITIONS. YOU MAY ASK ANY QUESTIONS YOU MAY HAVE BEFORE SIGNING.

EMPLOYMENT OF A LAWYER FOR LIMITED SCOPE REPRESENTATION REQUIRES THAT THE LAWYER AND CLIENT CAREFULLY AND THOROUGHLY REVIEW THE DUTIES AND RESPONSIBILITIES EACH WILL ASSUME. ANY LIMITED REPRESENTATION AGREEMENT SHOULD DESCRIBE, IN DETAIL, THE LAWYER'S DUTIES IN THE CLIENT'S INDIVIDUAL CASE.

To help you in litigation, you and a lawyer may agree that the lawyer will represent you in the entire case, or only in certain parts of the case. "Limited representation" occurs if you retain a lawyer only for certain parts of the case. When a lawyer agrees to provide limited scope representation in litigation, the lawyer must act in your best interest and give you competent help. However, when a lawyer and you agree that the lawyer will provide only limited help,

- the lawyer DOES NOT HAVE TO GIVE MORE HELP than the lawyer and you agreed.
- the lawyer DOES NOT HAVE TO help with any other part of your case.

Date: December 2, 2025

1. CLIENT, Jose Guerrero Lozano, Jr. retains LAWYER, Samuel Weiss, to perform limited legal services only in the following matter:

   *Lozano v. Collier County*, 11th Circuit No. 25-14037

2. Client seeks only the following services from Lawyer:

   - Briefing and arguing before the Eleventh Circuit Court of Appeals.
   - Potentially drafting a petition for rehearing and rehearing en banc before the Eleventh Circuit Court of Appeals if lawyer and client agree it is in client's best interest.
   - The drafting of a petition for certiorari to the United States Supreme Court if lawyer and client agree it is in client's best interest.
   - Any proceedings before the United States Supreme Court.
   - Any proceedings before a panel of the Eleventh Circuit Court of Appeals on remand from the full court en banc or the United States Supreme Court.

3. Client shall not pay the Lawyer any fees for these limited services.

4. Lawyer representation begins upon the signing of this contract and is terminated at the completion of the services requested and identified above.

5. Additional Services/Representation: Lawyer and Client may later determine that the Lawyer should provide additional limited services or assume full representation. Lawyer has no further obligation to Client after completing the above described limited legal services unless and until both Lawyer and Client enter into another written representation agreement. Lawyer may decline to provide additional services.

   a. If Lawyer agrees to provide additional services, those additional service should be specifically listed in an amendment to this agreement, signed and dated by both the Lawyer and Client.

   b. NEITHER LAWYER NOR CLIENT SHOULD RELY ON VERBAL DISCUSSIONS OR VERBAL AGREEMENTS WHEN CHANGING THE TERMS OF THE LAWYER'S RESPONSIBILITY FOR REPRESENTATION.

6. Client has read this Limited Scope Representation Agreement and understands what it says. Client agrees that the legal services specified above are the only legal help Lawyer will provide. Client understands and agrees that:
   - the Lawyer who is helping me with these services is not my lawyer for any other purpose and does not have to give me any more legal help;
   - Lawyer is not promising any particular outcome;
   - because of the limited services to be provided, Lawyer has limited his or her investigation of the facts as set out in specifically in this agreement; and
   - if Lawyer goes to court with me, Lawyer does not have to help me afterwards, unless we both agree in writing.

7. Lawyer may seek the services of other lawyers to work on Client's case. If so, the limitations in this agreement will apply as to them as well.

Client understands that it is important that Lawyer, the opposing party, and the court handling my case be able to reach me at this address. I therefore agree that I will inform Lawyer or any Court and opposing party, if applicable, of any change in my permanent address or telephone number.

WE HAVE EACH READ THE ABOVE AGREEMENT BEFORE SIGNING IT.

Client:

Jose Guerrero Lozano Jr DC# 766161
Printed Name: JOSE GUERRERO LOZANO JR
Address: SUWANNEE C.I ANNEX 5964 U.S. HWY 90 LIVE OAK, FLA 32060

Lawyer: 12/2/2025

Samuel Weiss
Rights Behind Bars
1800 M Street N.W. FNT 1
#33821
Washington, DC 20033

RBB

The purpose form below is to ensure that we have enough information to get in touch with you to disuss matters related to your case. You may leave blank any lines which do not apply to you.

Your information:

Preferred Name JOSE GUERRERO LOZANO JR

Legal Name JOSE GUERRERO LOZANO JR

Date of Birth 8/7/67

is there a friend or family member who we can contact to pass a message if we are having diffrculty reaching you directly?
we would not contact this person to discuss substantive matters related to your case.

Name Alma R. Romos

Relationship to you sister

contact information 535 Hiekory st. chicago H.T.S., IL 60411

If You were to get release, how could we get in touch with You?

Address Alma R. Romos

Phone number 708-537-7587

11111 RBB

The purpose form below is to ensure that we have enough information to get in touch with you to discuss matters related to your case. You may leave blank any lines which do not apply to you.

Your information:
Preferred Name JOSE GUERRERO LOZANO JR
Legal Name JOSE GUERRERO LOZANO JR
Date of Birth 8 / 7 / 57

Is there a friend or family member who we can contact to pass a message if we are having difficulty reaching you directly?
We would not contact this person to discuss substantive matters related to your case.

Name Alma R. Ramos
Relationship to you Sister
Contact information 535 Hickory st chicago H.T.S., IL 60411

Are there any other states, to your knowledge, in which you have pending legal matters or where you may be transferred.?
State

If you were to get release, how could we get in touch with you?
Address Alma R. Ramos
Phone number 708-537-7587
address 535 Hickory st. chicago H.T.S., IL 60411

JOSE GUERRERO LOZANO, Jr.
D.C. # 766161
SUWANNEE Corr. Inst. Annex
5964 U.S. HWY 90
Live Oak, Fla 32060

Mailed From State
Correctional Institution
Suwannee CI

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 32060 $ 002.65
02 7W
0008046374 AUG 24 2026

11th Circuit Court of Appeals (COA)
U.S. MARSHALS SERVICE
AUG 28 2026
CLEARED SECURITY

TO: UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

LEGAL MAIL

LEGAL MAIL