**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2026

Jose Guerrero Lozano Jr.
Suwannee CI Annex - Inmate Legal Mail
5964 US HWY 90
LIVE OAK, FL 32060

Appeal Number: 25-14037-EE
Case Style: Jose Lozano, Jr. v. Collier County, Florida, et al
District Court Docket No: 2:25-cv-00725-SPC-DNF

On October 9, 2026 we received a notice of inquiry from you.

This case is closed. The mandate was issued on September 1, 2026.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |